ACCEPTED
15-25-00132-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/8/2026 5:56 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00132-CV

IN THE COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/8/2026 5:56:27 PM
CHRISTOPHER A. PRINE
Clerk

FOR THE FIFTEENTH JUDICIAL DISTRICT OF TEXAS

AUSTIN, TEXAS

JOHN ERIC ANDERSON,
PLAINTIFF-APPELLANT,

V.

STATE OF TEXAS, ET AL.,
DEFENDANTS-APPELLEES

ON APPEAL FROM THE 98TH JUDICIAL DISTRICT COURT
OF TRAVIS COUNTY, TEXAS; CAUSE NO. D-1-GN-001988

APPELLEES' MOTION FOR FOURTEEN-DAY EXTENSION TO FILE APPELLEES'
BRIEF

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | **BRIANA M. WEBB**<br>Chief, Law Enforcement Defense<br>Division |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **KYLE A. PERKINS***<br>Assistant Attorney General |
| **AUSTIN KINGHORN**<br>Deputy Attorney General for<br>Civil Litigation | |
| | **OFFICE OF THE ATTORNEY<br>GENERAL**<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711 |
| ***ATTORNEY OF RECORD** | (512) 463-2080<br>(512) 936-2109 |

ATTORNEYS FOR DEFENDANTS-APPELLEES

Appellees the State of Texas, the Texas Department of Criminal Justice

("TDCJ"), and TDCJ Executive Director Bryan Collier, submit this Motion for

1

Extension of Time to File their Brief. In support of this motion, Appellees offer the following:

Appellees' brief is presently due on January 8, 2025. Appellees request the Court grant them a **fourteen (14) day extension** of time—until January 22—in which to file the responsive brief in this matter. AAG Perkins is preparing three motions for summary judgment due within six days of each other. In order to effectively represent Appellees' best interest, this brief extension is respectfully requested.

This is Appellees' second request for an extension. Good cause exists for the granting of this Motion, which is not being presented for purposes of delay, nor for purposes of prejudicing Appellant in prosecuting his appeal. Appellant is presumed to be in opposition.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**BRIANA M. WEBB**
Division Chief
Law Enforcement Defense Division

*/s/ Kyle A. Perkins*
**KYLE A. PERKINS**
Assistant Attorney General
Texas State Bar No. 24144087
Kyle.perkins@oag.texas.gov

Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Phone (512) 463-2080 | Fax (512) 370-9814

**ATTORNEYS FOR APPELLEES**

**CERTIFICATE OF CONFERENCE**

I, **KYLE A. PERKINS**, Assistant Attorney General of Texas, do hereby certify that due to Appellant's incarcerated status, I am unable to confer with him. It is presumed that Appellant is opposed.

/s/ *Kyle A. Perkins*
**KYLE A. PERKINS**
Assistant Attorney General

3

# CERTIFICATE OF SERVICE

I, **KYLE A. PERKINS**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Motion for Extension** has been served via the Court's electronic case filing service within one business day of January 8, 2025, on the following:


John Eric Anderson, TDCJ # 00552116                    CM/RRR:
TDCJ – LeBlanc Unit
3695 FM 3514
Beaumont, TX 77705

**PLAINTIFF PRO SE**


*/s/ Kyle A. Perkins*
**KYLE A. PERKINS**
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gloriana Ojeda on behalf of Kyle Perkins
Bar No. 24144087
gloriana.ojeda@oag.texas.gov
Envelope ID: 109842154
Filing Code Description: Motion
Filing Description: Anderson  Appellee Brief MET 003
Status as of 1/9/2026 7:12 AM CST

Associated Case Party: State of Texas, et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kyle Perkins | 24144087 | Kyle.Perkins@oag.texas.gov | 1/8/2026 5:56:27 PM | SENT |
| Daniel Rosales | | daniel.rosales@oag.texas.gov | 1/8/2026 5:56:27 PM | SENT |